IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

DEBRA BIRCHER,

      Appellant,

v.                                                                Case No.      5D22-1534
                                                                 LT Case No. 2021-42204-COCI

CKS PRIME INVESTMENTS, LLC,

      Appellee.

_____/

Decision filed March 21, 2023

Appeal from the County Court
for Volusia County,
Wesley Heidt, Judge.

Debra Bircher, Port Orange, pro se.

No Appearance for Appellee.

PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and HARRIS, JJ., concur.